## UNITED STATES
### v.
## TWO SMALL KEGS OF SPIRITS AND TWO LARGER KEGS OF HIGH WINES

1809

JOURNAL ENTRIES

1. Time for hearing fixed; notices ordered . . . *Journal, infra,* \*p. 198
2. Decree . . . . . . . . . . . . . . " 230

PAPERS IN FILE

[None]

## UNITED STATES
### v.
## ROBERT ABBOTT

1809

JOURNAL ENTRIES

1. Appearance; prosecutor appointed . . . . *Journal, infra,* \*p. 203

PAPERS IN FILE

[None]